# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY ASTON, JOHN FRATTI, LINDA MARTIN, DAVID MELVIN, ESTER SCHULKIN, and JENNIFER WILCOX,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., RENAISSANCE TECHNOLOGIES, L.L.C., PETER F. BROWN, ROBERT L. MERCER, JAMES H. SIMONS, and DR. MARGARET A. HAMBURG,<br><br>    Defendants. | No. 1:16-cv-00086-RJL<br><br>Judge Richard J. Leon |

## DEFENDANTS JOHNSON & JOHNSON, JANSSEN RESEARCH & DEVELOPMENT, LLC, AND JANSSEN PHARMACEUTICALS, INC.'S
## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Pharmaceuticals, Inc. (collectively, "J&J") hereby move to dismiss Plaintiffs' Complaint. In support of this Motion, J&J relies upon the accompanying Memorandum, the Declaration of Jonah M. Knobler, and Exhibits 1-15 thereto. A proposed order is attached for the Court's convenience.

        Respectfully submitted,

March 21, 2016       /s/ Michael M. Maya
        Ethan M. Posner (D.C. Bar No. 427970)
        Michael M. Maya (D.C. Bar No. 991742)
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001
        Tel: (202) 662-6000 / Fax: (202) 662-6291
        Email: eposner@cov.com; mmaya@cov.com

        William F. Cavanaugh, Jr. (*pro hac vice* pending)
        Jonah M. Knobler (*pro hac vice* pending)
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 336-2000 / Fax: (212) 336-2222

        *Attorneys for Defendants Johnson & Johnson,*
        *Janssen Research & Development, LLC, and*
        *Janssen Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2016, a true and correct copy of the foregoing Motion, the supporting Memorandum, the Declaration of Jonah M. Knobler, and Exhibits 1-15 thereto, and the accompanying Proposed Order were served electronically on all registered counsel of record via ECF and are available for viewing and downloading from the ECF system.

                /s/ Michael M. Maya
                Michael M. Maya (D.C. Bar No. 991742)
                COVINGTON & BURLING LLP
                One CityCenter
                850 Tenth Street, NW
                Washington, DC 20001
                Tel: (202) 662-5547
                Fax: (202) 778-5547
                Email: mmaya@cov.com

                *Attorney for Defendants Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Pharmaceuticals, Inc.*