**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRY ASTON, JOHN FRATTI, LINDA MARTIN, DAVID MELVIN, ESTER SCHULKIN and JENNIFER WILCOX,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., RENAISSANCE TECHNOLOGIES, LLC, PETER F. BROWN, ROBERT L. MERCER, JAMES H. SIMONS and DR. MARGARET A. HAMBURG,<br><br>Defendants. | Civil Action No. 16-00086 (RJL) |

**MOTION BY THE RENAISSANCE DEFENDANTS FOR DISMISSAL OF AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Renaissance Technologies LLC, Peter F. Brown, Robert L. Mercer and James H. Simons (the "Renaissance Defendants") hereby move for the dismissal with prejudice of the amended complaint in the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds for the instant motion are set forth in the supporting Memorandum of Law, the Declaration of Lauren A. Moskowitz, executed May 6, 2016, with exhibits thereto and the Proposed Order filed simultaneously herewith.

The Renaissance Defendants respectfully request, pursuant to local Civil Rule 7(f), the opportunity to present oral argument on the instant motion.

May 6, 2016

Respectfully submitted,

/s/ Kenneth L. Wainstein

Kenneth L. Wainstein
(D.C. Bar No. 41058)

CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
(202) 862-2474
ken.wainstein@cwt.com

Roger G. Brooks (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendants Renaissance Technologies LLC, Peter F. Brown, Robert L. Mercer, and James H. Simons*