UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRY ASTON, *et al.*,

    Plaintiffs,

v.

JOHNSON & JOHNSON, *et al.*,

    Defendants.

Civil Case No. 16-0086 (RJL)

## ORDER

(March 30, 2017) [Dkts. #14, #16, #18, #22, #23, #24]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the J&J Defendants' Motion to Dismiss [Dkt. #14], the Motion by the Renaissance Defendants for Dismissal of the Complaint with Prejudice [Dkt. #16], and Defendant Dr. Margaret A. Hamburg's Motion to Dismiss [Dkt. #18], are **DENIED AS MOOT** in light of the filing of the Amended Complaint [Dkt. #20]; and it is further

**ORDERED** that the J&J Defendants' Motion to Dismiss the Amended Complaint [Dkt. #22], the Motion by the Renaissance Defendants' for Dismissal of the Amended Complaint with Prejudice [Dkt. #24], and Defendant Dr. Margaret A. Hamburg's Motion to Dismiss the Amended Complaint [Dkt. #23], are **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge