IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY ASTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>Defendants. | Civil Action No. 16-00086 (RJL) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to LCvR 83.6(c) of the Local Rules of this Court, Larry Klayman, Esq. respectfully moves this Court for leave to withdraw as counsel for Plaintiffs, with consent from Plaintiffs.

Local Rule 83.6(c) requires an attorney to obtain leave from the Curt to withdraw if "a trial date has been set, or if a party's written consent is not obtained, or if the party is not represented by another attorney…." Here, no trial date has been set, as Plaintiffs Amended Complaint was recently dismissed without prejudice, and Plaintiffs have consented to Mr. Klayman's withdrawal. Plaintiffs have been advised of the deadline to appeal the Court's order of March 31, 2017 is April 30, 2017. Mr. Klayman's withdrawal will not prejudice Plaintiffs because there are no upcoming hearings or pleadings presently due in this matter, other than a possible notice of appeal.

Pursuant to Local Rule 83.6, undersigned counsel certify that they served Plaintiffs with a copy of this motion by U.S. Mail and e-mail, as well as an additional notice advising Plaintiffs to obtain new counsel if they wish to litigate further, or, if Plaintiffs intend to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of

1

the motion. Mr. Klayman will take all reasonable steps to mitigate the consequences of withdrawal to Plaintiffs and will assist Plaintiffs in transferring this case to new counsel, should Plaintiffs wish to retain new counsel.

Dated: April 25, 2017                                                          Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
Tel: (561)558-5336
Email: leklayman@gmail.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 25, 2017.

/s/ Larry Klayman