IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY ASTON, et. al, <br><br> Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON, et al <br><br> Defendants. | Civil Action No.: 16-00086 (RJL) |

### (PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Mr. Larry Klayman's Motion for Leave to Withdraw as counsel for Plaintiffs with consent is hereby GRANTED.

_____         _____
DATE                                                              Hon. Richard J. Leon

1